Upon initial review of the record in this case, the undersigned have found that it not complete and adequate to allow a full review of the case. Therefore, while the Full Commission will retain its jurisdiction over the case, it is at this time HEREBY REFERRED back to Deputy Commissioner Berger to take such action as he deems appropriate to complete the record. Once the record is complete, Deputy Commissioner Berger shall refer the case back to the Full Commission panel so that the appeals process may continue with a full review of the record as needed. At such time, briefing and the Filing of the Form(s) 44 may take place.
This the __________ day of ___________________, 1998.
 S/ _________________ J. HOWARD BUNN, JR. CHAIRMAN
CONCURRING:
S/ _______________________ THOMAS J. BOLCH COMMISSIONER
S/ _______________________ LAURA KRANIFELD MAVRETIC COMMISSIONER
JHB/kws